**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**GARRY MILLS,
Alien # 28-982-726,**

    **Petitioner,**

vs.                          Case No. 4:07cv426-RH/WCS

**ALBERTO GONZALES,
MICHAEL CHERTOFF,
MICHAEL ROZOS,
DAVID HARVEY, and the
U.S. DEPARTMENT OF
HOMELAND SECURITY,**

    **Respondents.**

_____/

**REPORT AND RECOMMENDATION**

Petitioner, proceeding *pro se*, initiated this case on October 4, 2007, by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Doc. 1.  Respondents filed an answer on January 2, 2008, contending that Petitioner had not been providing truthful information and was not cooperating with removal efforts.  Doc. 10. Respondents also asserted that Petitioner had not meet the Zadvydas prerequisite to show he was entitled to relief.  *Id.*  An order was entered on February 12, 2008, reminding Petitioner that when service was directed, Petitioner was advised to file a reply, if desired, to the answer by January 30, 2008.  Doc. 12, *citing* doc. 5.  The order

noted that nothing had been filed by Petitioner and provided a brief extension of time to file a reply to the arguments presented by Respondents. Doc. 12

Petitioner's copy of that order was returned to the Clerk's Office marked, "unable to deliver as addressed and unable to forward." Doc. 13. An order was entered directing Respondents to file a response concerning Petitioner's status. Doc. 14. On March 7, 2008, Respondents filed the response and have shown that Petitioner was released from detention to supervision on January 5, 2008. Doc. 16; *see also* exhibit 1.

Thus, as correctly argued by Respondents, this case no longer presents a "case or controversy" and is moot. Because Petitioner has been granted the relief he sought, release from detention, no further action need be taken on this case. This petition is, accordingly, moot and the petition should be dismissed.

In light of the foregoing, it is respectfully **RECOMMENDED** that the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by Petitioner **Garry Mills**, doc. 1, be **DISMISSED as moot** because Petitioner has been released from detention.

**IN CHAMBERS** at Tallahassee, Florida, on March 10, 2008.

   s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case No. 4:07cv426-RH/WCS