# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

GARY MILLS,

      Petitioner,

v.                                 CASE NO.  4:07cv426-RH/WCS

ALBERTO GONZALES, et al.,

      Respondents

_____/


## ORDER DISMISSING PETITION AS MOOT


This matter is before the court on the magistrate judge's report and recommendation (document 17), to which no objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The clerk shall enter judgment stating, "The petition is dismissed as moot."  The clerk shall enter judgment and close the file.

SO ORDERED this 4th day of May, 2008.

s/Robert L. Hinkle_____
Chief United States District Judge